# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks　　Date: November 10, 2009
Court Reporter: Janet Coppock　　　　　　Time: 14 minutes

**CASE NO.  09-cv-02616-PAB**

<u>Parties</u>　　　　　　　　　　　　　　<u>Counsel</u>

**NOBLE SYSTEMS CORPORATION,**　　Raymond Martin
　　　　　　　　　　　　　　　　　　　　Tamara Westerberg

　　　　　Plaintiff (s),

vs.

**TECH SQUAD, LLC,**　　　　　　　　Dean Heizer
**SIMPLE FOCUS LLC, d/b/a Tech**　　Kevin Paul
**Squad LLC,**　　　　　　　　　　　　Rick Dindinger
**DANNY SCHAEFER, and**
**NOAH SEIS,**

　　　　　Defendant (s).

## HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

**12:36 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendants Danny Schaefer and Noah Seis are present.

Page Two
09-cv-02616-PAB
November 10, 2009

**Plaintiff's Motion for Temporary Restraining Order (Doc #2), filed 11/6/09.**

Court and counsel address the issue of jurisdiction.

Mr. Martin advises that the parties have reached a stipulation that may dispense with the need for the Court to make determination today.

Mr. Martin summarizes the agreement for the record with comments in agreement by Mr. Heizer and Mr. Dindinger.

**ORDERED:** Plaintiff's Motion for Temporary Restraining Order (Doc #2), filed 11/6/09 is **TAKEN UNDER ADVISEMENT**.

**ORDERED:** Counsel shall submit their proposed order by **November 13, 2009.** Defendants shall follow the terms of the agreement until the order is issued by the Court.

**12:50 p.m.   COURT IN RECESS**

**Total in court time:**         14 minutes

**Hearing concluded**