IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-02616-PAB-KLM

NOBLE SYSTEMS CORPORATION,
a Georgia corporation,

    Plaintiff,

v.

TECH SQUAD LLC, a Colorado limited liability company,
SIMPLE FOCUS LLC, a Colorado limited liability company d/b/a TECH SQUAD LLC,
DANIEL SCHAEFER, an individual,
DAVID NOAH SEIS, an individual, and
JOHN DOES 1 through 4,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal Without Prejudice [Docket No. 60]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion for Dismissal [Docket No. 60] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 14, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge